IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE COLE,

        Plaintiff,                    No. CIV S-05-0019 FCD KJM P

    vs.

CALIFORNIA DIRECTOR OF CORRECTIONS, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

        By order filed January 4, 2005, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint and a new application to proceed in forma pauperis was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

9 cole0019.fta